UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al., <br><br> Petitioners, <br><br> v. <br><br> PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, <br><br> Respondent, <br><br> -------------------------------------- <br><br> SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY, <br><br> Intervenors. | No. 25-8059 <br><br> Agency No. 2025-1502 Department of Transportation, National Transportation Safety Board <br><br> ORDER |
| STATE OF CALIFORNIA, <br><br> Petitioner, <br><br> v. <br><br> PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, <br><br> Respondent. | No. 26-508 <br><br> Agency No. 2025-1502 Department of Transportation, National Transportation Safety Board |

The motion (Docket Entry No. 37 in 25-8059; Docket Entry No. 10 in 26-508) to consolidate these petitions is granted.

The opening briefs are due March 23, 2026. The consolidated answering brief is due May 8, 2026. The optional reply briefs are due June 8, 2026.

The clerk will place these cases on the calendar for July 2026. *See* 9th Cir. Gen Ord. 3.3(f). No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT