Nos. 25-8059, 26-508

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA,

*Petitioner*,

V.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, ET AL.,

*Respondents*.

## DECLARATION OF MITCHELL RISHE IN SUPPORT OF CONSOLIDATED REPLY TO RESPONDENT'S AND RESPONDENT-INTEREVENORS' OPPOSITIONS TO PETITIONER'S MOTION TO COMPLETE THE ADMINISTRATIVE RECORD, AND FOR JUDICIAL NOTICE

ROB BONTA
  *Attorney General of California*
ANNADEL A. ALMENDRAS
DEBORAH SMITH
  *Senior Assistant Attorneys General*
MYUNG J. PARK
VANESSA C. MORRISON
  *Supervising Deputy Attorneys General*

MATTHEW BULLOCK
MICHAEL S. DORSI
REBECCA HUNTER
RAFAEL J. HURTADO
MITCHELL RISHE
  *Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-3802
Fax: (415) 703-1107
Michael.Dorsi@doj.ca.gov
Mitchell.Rishe@doj.ca.gov
  *Attorneys for Petitioner*

April 23, 2026

## DECLARATION OF MITCHELL RISHE

I, Mitchell Rishe, hereby declare as follows:

1. I am over eighteen years old. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am a Deputy Attorney General for the State of California and am attorney of record for Petitioner State of California in this action.

3. Attached hereto as Exhibit "1" and incorporated herein is a true and correct copy of an email exchange between myself and Matthew Oakes, attorney for Respondent Pipeline and Hazardous Materials Safety Administration, dated April 10, 2026.

4. I received a redacted copy of the "December 2025 slides [sic] deck provided by Sable Offshore Corporation" from Mr. Oakes via email six days later, on April 16, 2026.

I declare under penalty of perjury of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2026, at Los Angeles, California

_____*s/ Mitchell Rishe*_____
Mitchell Rishe
Deputy Attorney General

1

EXHIBIT 1

2

| | |
|---|---|
| **From:** | Oakes, Matthew (ENRD) |
| **To:** | Mitchell E. Rishe |
| **Subject:** | RE: California v. PHMSA, Case No. 26-508 |
| **Date:** | Friday, April 10, 2026 9:32:50 AM |

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Mitchell,

The December 2025 document was overlooked during the process of putting together the record. Questions related to the motions to supplement (specifically, about the operations at the Las Flores Canyon facility) reminded PHMSA personnel that they had reviewed the document and that it should be included on the index. Sable has claimed that certain pages of the document should not be release because they contain confidential information. I've asked Sable to redact any information that they claim is confidential so we can share a version of the document ASAP.

Best,

-Matt

Matt Oakes

United States Department of Justice

Environment and Natural Resources Division

Appellate Section

(202) 532-3129 (cell)

---

**From:** Mitchell E. Rishe <Mitchell.Rishe@doj.ca.gov>
**Sent:** Friday, April 10, 2026 11:31 AM
**To:** Oakes, Matthew (ENRD) <Matthew.Oakes@usdoj.gov>
**Subject:** [EXTERNAL] California v. PHMSA, Case No. 26-508

Matthew,

California is in receipt of PHMSA's opposition to its motion to supplement the record and for judicial notice. The opposition states that "PHMSA reviewed its files and discovered one additional record document, a December 2025 slides deck provided by Sable Offshore Corporation, that discusses the operations of that facility. Federal Respondents will add that document to the revised certified index as well, and when that revised index is filed, we will share a copy of that document with Petitioners."

We would appreciate you providing us an advanced copy of the slide deck. Depending on its contents, it may obviate the need for California to seek judicial notice of one or more documents, should the slide deck contain the information that we are seeking to introduce through judicial notice, and allow us to withdraw part of our motion and narrow the issues in

dispute.

We would also like to understand the process by which PHMSA discovered this additional document and why it was not originally included in the record. Can you provide some clarity on that?

Thank you.

_____

**Mitchell Rishe**, Deputy Attorney General
Environmental Justice and Protection Section
**California Office of the Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Tel: 213-269-6394 | Fax: 916-731-2121
Mitchell.Rishe@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.